**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI DIVISION)**

**RICHARD KURZBAN,** **Case No.: 1:17-cv-20713-DPG**

**Plaintiff,**

**v.**

**SPECIALIZED LOAN SERVICING, LLC,**

**Defendant.**
_____________________________________________/

**DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following Interested Persons and provide the Court Defendant Specialized Loan Servicing, LLC's Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case.

1. **Specialized Loan Servicing, LLC[1];**
2. **McGlinchey Stafford, PLLC;**
3. **R. Carter Burgess, Esq.;**
4. **Joseph A. Apatov, Esq.;**
5. **Richard Kurzban;**
6. **Richard Shuster, Esq.;**

[1] Specialized Loan Servicing, LLC is a Delaware limited liability company that is wholly owned by Specialized Loan Servicing Holdings, LLC. Specialized Loan Servicing Holdings, LLC is a Delaware limited liability company, whose ultimate parent is Computershare Limited, a publicly traded company founded in Australia and currently listed on the Australian stock exchange.

**7. Marisol Estevez, Esq.;**

**8. Shuster Saben, LLC**

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known to Defendant**

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known to Defendant**

4. The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**The Plaintiff, Richard Kurzban**

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: March 23, 2017.

Respectfully submitted,

*/s/Joseph A. Apatov*
R. Carter Burgess, Esq.
Florida Bar # 58298
Joseph A. Apatov, Esq.
Florida Bar #93546
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4499 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com
japatov@mcglinchey.com
***ATTORNEYS FOR DEFENDANT***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, electronically, through the CM/ECF system, to all parties on the mailing matrix, this 23rd day of March, 2017.

Richard Scott Shuster, Esq.
Shuster Saben, LLC
1413 South Patrick Drive, Suite 7
Satellite Beach, FL 32937
Tel: (321) 622-5040
Fax: (877) 335-4747
richshuster@gmail.com
***Attorney for Plaintiff***

*/s/Joseph A. Apatov*
Attorney